# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 1230 | **DATE** | 12/10/2009 |
| **CASE TITLE** | Card Activation Technologies Inc. Vs. Barnes & Noble Inc et al | | |

**DOCKET ENTRY TEXT**

Motion hearing held regarding motion by Defendant Barnes & Noble Inc to stay [87]. Response by 12/24/2009. Ruling by mail. Motion by J. David Wharton for leave to appear *pro hac vice* on behalf of Plaintiff [81] is granted. Motion by Mark J. Peterson for leave to appear *pro hac vice* on behalf of Plaintiff [82] is granted. Claim construction schedule is stayed pending ruling on motion to stay. Status hearing set for 12/16/2009 is stricken.

Docketing to mail notices.

00:04

| | Courtroom Deputy Initials: | RJ |
|---|---|---|